**Order issued March 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00345-CR

---

### LAANGELO TERRELL WOODS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the October 29, 2014 motion of John Tatum for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove John Tatum as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to LaAngelo Terrell Woods, TDCJ No. 1918607, Darrington Unit, 59 Darrington Road, Rosharon, Texas, 77583.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE